WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-460—Claimant 

RICHARD F. NASH, Claimant, *vs.* STATE OF ILLINOIS, POLLUTION CONTROL BOARD, Respondent.

*Opinion filed April 17, 1974.*

ROBERTS, GUNDLACH & LEE, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-461—Claimant 

RICHARD F. NASH, Claimant, *vs.* STATE OF ILLINOIS, POLLUTION CONTROL BOARD, Respondent.

*Opinion filed April 17, 1974.*

ROBERTS, GUNDLACH & LEE, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

